UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-42196 |
| | ) | |
| MARK STEVEN FAUSETT, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**MOTION TO TRANSFER VENUE TO SOUTHEASTERN DIVISION AND
APPOINT SOUTHEASTERN DIVISION PANEL TRUSTEE**

COMES NOW Debtor, by and through his attorneys, The Limbaugh Firm, and moves the Court to move his case to the Southeastern Division and appoint a Southeastern Division panel trustee for the following reasons:

1. Debtor is employed in the Southeastern Division of Missouri.

2. Debtor's attorney is from the Southeastern Division.

3. The attorney for the primary creditor resides in the Southeastern Division.

4. Debtor occasionally stays at the Kentucky address overnight when he has some work in that area. Debtor continues to be a resident of Missouri and of the Southeastern Division.

5. Debtor receives his mail in Jackson, Cape Girardeau County, Missouri, which is located in the Southeastern Division. Debtor continues to have only a Missouri driver's license.

6. Debtor's attorney has communicated with Tracy A. Brown, the bankruptcy trustee currently assigned to this case. Trustee Brown has no objection to the venue being transferred to the Southeastern Division and a Southeastern Division trustee being appointed to this case.

WHEREFORE, Debtor prays that the Court transfer venue to the Southeastern Division and appoint a Southeastern Division panel trustee. Debtor requests such other and further relief as the Court may deem proper under these circumstances.

THE LIMBAUGH FIRM
407 N. Kingshighway #400, P.O. Box 1150
Cape Girardeau, MO 63702-1150
Telephone:  (573) 335-3316
Facsimile:  (573) 335-0621
mpayne@limbaughlaw.com

By /s/ J. Michael Payne_____
 J. Michael Payne #28733MO

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Motion to Transfer Venue to Southeastern Division and Appoint Southeastern Division Panel Trustee was filed electronically on April 16, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ J. Michael Payne_____   _____   _____